JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUEN CO., LTD., a Korean corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>G&B INTERNATIONAL LOGISTICS, INC. dba BLUEN USA, INC., an Illinois corporation,<br><br>        Defendant.<br>_____ | Case No. CV 11-00755 DDP (FMOx)<br><br>**ORDER REMOVING CASE FROM ACTIVE CASELOAD** |

IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court. This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: October 13, 2011

_____
DEAN D. PREGERSON
United States District Judge